IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RHONDA C. STEWART**     **PLAINTIFF**

**v.**     **4:05CV00032-WRW**

**DEPARTMENT OF INTERIOR**     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of March, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE